**United States District Court**
For the Northern District of California

1

**\*E-Filed: March 31, 2015\***

2

3

4

5

6

NOT FOR CITATION

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

MOYNA CANTORIA,                                    No. C14-05427 HRL

11

          Plaintiff,                          **ORDER TO SHOW CAUSE RE:**
    v.                                        **SETTLEMENT**

12

CAC FINANCIAL GROUP.

13

          Defendant.

14

_____/

15

          The Court having been notified that this case has settled, all pending motions, hearings, and

16

deadlines are terminated.

17

          All parties shall appear on **May 12, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280

18

South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed.

19

The parties shall file a Joint Statement in response to this Order to Show Cause no later than **May 5,**

20

**2015**.  The joint statement shall state (1) the status of the activities of the parties in finalizing

21

settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a

22

dismissal.  If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be

23

automatically vacated and no statement will be required.

24

          **IT IS SO ORDERED**.

25

Dated: March 31, 2015

26

_____

27

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

28

**United States District Court**
For the Northern District of California

1    **C14-05427 HRL Order will be electronically mailed to:**

2    Amy Lynn Bennecoff Ginsburg      aginsburg@creditlaw.com, teamkimmel@creditlaw.com

3    **Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28